IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDDIQ B. A. ASAD,
    Petitioner,

vs.                                       Case No.: 3:06cv138/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 29, 2006. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss (Doc. 15) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

4. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 9th day of January, 2007.

                                                     *s/L.A. Collier*
                                                     **LACEY A. COLLIER**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**